**FILED**

01/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0437

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0437

_____

| | |
|---|---|
| OFFICE OF ADMINISTRATIVE HEARINGS CONCERNING THE WAGE CLAIM OF:<br><br>FRANCIS A. BOLTON; JOSHUA N. BOLTON; TIM J. BYRNES; SHAWN COATES; DANIEL F. EMETT; MICHAEL L. GIACOMINO; ROBERT W. KENT; KEVIN S. LANE; JACOB S. PETERSEN; DANIEL J. POWERS; MARK J. POWERS; KEVIN J. SEYMOUR; DAVID B. STARCEVICH; JESSE E. TRACY; CLARK R. WARD; and RYAN P. ZEMLJAK,<br><br>      Claimants and Appellants,<br><br>   -vs-<br><br>BUTTE SILVER BOW PUBLIC WORKS, WATER UTILITY DIVISION,<br><br>      Respondent and Appellee. | **ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to the Unopposed Motion for Extension of Time filed by Appellee Butte Silver Bow Public Works, Water Utility Division, herein, and good cause appearing therefor,

1. **ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

\\prrnewsql\ProLaw Documents\41-15355\624151.doc

IT IS HEREBY ORDERED, AND THIS DOES ORDER, that the Appellee

shall have up to and including Tuesday, February 16, 2021, within which to file

and serve its answer brief.

DATED this _____ day of January, 2021.

_____
CLERK OF SUPREME COURT

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 8 2021